FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

JUL 2 0 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

DARCEL DIXON

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

(1) LIVCOR REALTY LLC   (3) COORDINATED ENTRY MECKLENBURG
(2) MEGA STAR REALTY    COUNTY COMMUNITY SERVICES

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26-cv-586-MEO

(to be filled in by the Clerk's Office)

Jury Trial: _(check one)_ ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — DARCEL DIXON
Street Address — P.O. Box 79191
City and County — CHARLOTTE MECKLENBURG
State and Zip Code — North Carolina 28229
Telephone Number — (704) 479-6533
E-mail Address — darcel dixon 5319@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Livcor Reatix, LLC
933 South Wacker Drive, #700
Chicago, Ill
(312) 236-3549

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Megastar Reatiy
10324 Hanging Moss Trail
Mint Hill, NC 28227

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Coordinated Entry
Mecklenburg County Community Services/Charlee Holmes
Charlotte, Mecklenburg, NC
(704) 284-9665

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *HOUSING RIGHTS FOR SENIOR CITIZEN, SENIORS ARE PROTECTED UNDER STATE AND FEDERAL FAIR HOUSING AND DISABILITY*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* PARCEL DIXON , is a citizen of the State of *(name)* UNITED STATES .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A ,

    and has its principal place of business in the State of *(name)* N/A .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

Case 3:26-cv-00586-MEO-WCM    Document 1    Filed 07/20/26    Page 3 of 10

b.    If the defendant is a corporation

The defendant, *(name)* _LivCor Realty LLC_ , is incorporated under

the laws of the State of *(name)* _LLC_ , and has its

principal place of business in the State of *(name)* _233 S. Wacker Drive_ .

Or is incorporated under the laws of *(foreign nation)* _ILL_ ,

and has its principal place of business in *(name)* _Chicago, ILL_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On the following pages

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Financial funds and Housing

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-17-36

Signature of Plaintiff

Printed Name of Plaintiff    DARCEL DIXON

### B. For Attorneys

Date of signing:    N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm    N/A

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Statement of Claim

(1) LivCor Realty LLC
933 South Wacker Drive,
Suite 4700, Chicago, Ill,

(2) Megastar Realty
10374 Hanging Moss Trail
Mint Hill, NC 28227

(3) Coordinated Entry
Mecklenburg County Community
Support Services
Charlie Holmes

# STATEMENT OF CLAIM

Housing Rights As A Senior Citizen Is A Law State And Federal And The Disability Law

In North Carolina Mandatory Requires Any Person Who Has Reasonable Cause To Believe A Disabled Adult, Is Abused Neglected

The Affordability Housing Was Caused By An Illegal

# STATEMENT OF CLAIM

INCREASED IN RENT THE INCREASED CAUSED ME TO BE HOMELESS SLEEPING IN MY CAR FOR 11 MONTHS WITH MEDICAL EPILESEY SEIZURES,

THE INCREASED CAUSED A WAITING LISTS FOR HOUSING, A LISTS OF AFFORDABLE HOUSING FOR LOW-INCOME OR SOCIAL SECURITY WAIT ON A HOUSING LIST THERETORE MY NAME IS ON A HOUSING LIST FOR 2-3 YEARS AND I AM HOMELESS SLEEPING IN MY CAR

# STATEMENT Claim

(4)

For Housing, Therefore I Have No Place To Go, Because of an Illegal Scheme That Allowed Land Lords To Use An AI Software To Raise AI one Time was Affordable Housing

I Have As A Senior Citizen who Have Federal and State Rights, the Following Have Happen To Me,

(1) Sleeping In My Car With Epilesey Seizures

(5)

# STATEMENT OF CLAIM

(2) CAN NOT GO TO THE BATH ROOM OR TAKE A SHOWER

(3) SUFFER WITH PAIN SWOLLEN FEETS AND SCORES

(4) NO SLEEP

(5) ARRESTED BY POLICE FOR 2ND DEGREE TRESPASSING COURT DATE 2-24-26

(6) FELL OUT POLICE CAR HANDCUFFED, HIT MY HEAD AND RUSH TO HOSPITAL